No. 86–2013.  WHITEHORN, AKA MORRISON v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 86–6712.  VAN ORSOW v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–7065.  TACKETT v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–372.  AMOCO PRODUCTION CO. v. HODEL, SECRETARY OF THE INTERIOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–436.  LOMBARDI ET AL. v. DOW CHEMICAL CO. ET AL.; and
No. 87–620.  KRUPKIN ET AL. v. DOW CHEMICAL CO. ET AL. C. A. 2d Cir.  Certiorari denied.  Reported below: No. 87–436, 818 F. 2d 187; No. 87–620, 818 F. 2d 179.

No. 87–593.  MAINE v. EVENTS INTERNATIONAL, INC., ET AL. Sup. Jud. Ct. Me.  Certiorari denied.

No. 87–1124.  BYRD v. OHIO.  Ct. App. Ohio, Warren County. Certiorari denied.

No. 87–1498.  ROBBINS ET AL. v. EASTER ENTERPRISES, INC., DBA ACE LINES, INC.  C. A. 8th Cir.  Certiorari denied.

No. 87–1499.  ANDERSON ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–1505.  FLAVEL v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 87–1516.  FRANK, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE v. SHIDAKER.  C. A. 7th Cir.  Certiorari denied.

No. 87–1547.  CALIFORNIA TEAMSTERS PUBLIC, PROFESSIONAL & MEDICAL EMPLOYEES UNION LOCAL 911, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. GHEBRESELASSIE.  C. A. 9th Cir.  Certiorari denied.